R. W. Hilmer, appellant, v. Bruce Sewing Machine Company, appellee.

Replevin for a piano taken by defendant by mistake for one of its own. Judgment for defendant. Appeal from the County Court of Sangamon county; the Hon. John B. Weaver, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed April 22, 1922.

J. W. Templeman, for appellant. Alonzo Hoff, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Roland R. Stafford and Ward C. Broehl, trading as Stafford & Broehl, appellees, v. W. V. Wills, appellant.

Action to recover commission for the sale of real estate. Judgment for plaintiffs. Appeal from the Circuit Court of Logan county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1921. Reversed. Opinion filed May 5, 1922. *Certiorari* denied by Supreme Court (making opinion final).

A. D. Cadwallader and William & Barry Mumford, for appellant. Alonzo Hoff and Harold F. Trapp, for appellees.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

J. G. Chambers, plaintiff in error, v. A. T. Thompson et al., commissioners of Drainage District, No. 1, Town of Arcola, defendants in error.

Mandamus to compel drainage commissioners to repair, rebuild and maintain a bridge over a ditch passing through land of petitioner. Judgment by default set aside and defense made. Petition denied. Error to the Circuit Court of Douglas county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed May 5, 1922.

W. W. Reeves, W. T. Coleman, W. K. Whitfield, J. L. Deck and C. Swick, for plaintiff in error. Edward C. Craig, Donald B. Craig, James W. Craig, Jr., Fred H. Kelly and James Craig Van Meter, for defendant in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Ira F. Twist et al., defendants in error, v. James C. Davis, director general of railroads, plaintiff in error.

Action for damages for negligent delay in transportation of corn. Judgment for plaintiffs. Error to the County Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed May 5, 1922.

Patton & Patton, for plaintiff in error; William L. Patton, Henry L. Patton and Silas H. Strawn, of counsel. Harlington Wood and Sampson & Giffin, for defendants in error.

Mr. Presiding Justice Graves delivered the opinion of the court.